UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | CASE NO. 2:22-cv-0488-BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 2. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Plaintiff's proposed complaint, Dkt. 1, is **DISMISSED with prejudice**; and

(3)   The Clerk shall enter JUDGMENT and close this case.

\\

ORDER - 1

1   Dated this 10th day of May, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge